FILED

2014 Nov-12  AM 11:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BOBBY CARTER, | ) |
| | ) |
| Plaintiff , | ) |
| | ) |
| v. | ) Case No. 2:13-cv-01575-AKK-JEO |
| | ) |
| WARDEN CHERYL PRICE, et. al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on October 20, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  (Doc. 12).  The plaintiff filed four pages of general objections to the report and recommendation on November 6, 2014.  (Doc. 13).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted, or seeking monetary relief from defendants who are immune.  A Final Judgment will be entered.

**DATED** this 12th day of November, 2014.


**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE